UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| WILLIAM P. LANDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:11-cv-404-TLS-CAN |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## REPORT & RECOMMENDATION

On April 3, 2013, the Court affirmed in part and overruled in part the Commissioner's final decision regarding Plaintiff William P. Landing's applications for Disability Insurance Benefits and Supplemental Security Income and ordered that this case be remanded in part for further proceedings in accordance with its opinion. [Doc. No. 34]. On July 3, 2013, Plaintiff filed an application for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In his motion, Plaintiff requested $4,630.29 in attorneys' fees. The undersigned now enters a report and recommendation on Plaintiff's motion pursuant to this Court's referral order dated October 21, 2011, and 28 U.S.C. § 636(b)(1)(B).

An adverse party shall have fourteen days after service of a motion in which to serve and file a response. N.D. Ind. L.R. 7-1(d)(2)(A). Failure to file a response within the time prescribed may subject the motion to summary ruling. N.D. Ind. L.R. 7-1(d)(4). As of this date, Defendant has neither responded to Plaintiff's motion nor explained the lack of response. Consequently, this Court can only assume that Plaintiff's motion is unopposed. Moreover, Plaintiff timely filed the instant motion and demonstrated that the Commissioner's position was not substantially justified, that he was the prevailing party, and that the cost of living adjustment

and numbers of hours expended by counsel and his staff are reasonable. *See* 28 U.S.C. § 2412(d)(1).

Therefore, the undersigned **RECOMMENDS** that Plaintiff's motion be **GRANTED** [Doc. No. 36]. Because Plaintiff has verified that Plaintiff owes no pre-existing debt subject to offset and Plaintiff has assigned his right to the award to his attorney, the undersigned further **RECOMMENDS** that Defendant be **ORDERED** to pay Plaintiff $4,630.29, payable to Plaintiff's attorney, Frederick J. Daley, Jr. at Daley Disability Law. Doc. No. 36 at 7 n.4; Doc. No. 36-7; *see also Astrue v. Ratliff*, 130 S. Ct. 2521, 2528–29 (2010).

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations. Fed.R.Civ.P. 72(b)(2). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**
>
> **SO ORDERED.**

Dated this 20th day of August, 2013.

    s/Christopher A Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge