UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM P. LANDING            )<br>                                               )<br>       Plaintiff,                         )<br>                                               )<br>v.                                            )<br>                                               )<br>MICHAEL J. ASTRUE, Commissioner of  )<br>Social Security                         )<br>                                               )<br>       Defendant.                     ) | CAUSE NO.: 3:11-CV-404-TLS |

**ORDER**

This matter is before the Court on the Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act and Memorandum in Support Thereof [ECF No. 36], filed on July 3, 2013. In the Motion, the Plaintiff requests that the Court award attorney's fees in the amount of $4,630.29, payable to Frederick J. Daley, Jr. and Daley Disability Law[4], in the total amount of $4,630.29, which represents 1.1 attorney hours at $180.50/hr in 2011 [$198.55]; 10.09 attorney hours at $186.00/hr in 2013 [$1,876.74]; 15.08 law clerk with J.D. hours at a rate of $125/hr. [$1,885.00]; and 6.7 paralegal and law clerk hours at $100/hour [$670.00]. On August 20, 2013, Magistrate Judge Christopher A. Nuechterlein issued his Report and Recommendation [ECF No. 37] recommending that the "Motion" [ECF No. 36] be granted since the Plaintiff has verified that there is no pre-existing debt subject to offset and that the Plaintiff assigned his right to award his attorney.

The Court, being duly advised, and with over fourteen (14) days having passed without objection, the Court ACCEPTS Magistrate Judge Christopher A. Nuechterlein's recommendation and GRANTS the Plaintiff's Application for Attorney Fees [ECF No. 36]. The Defendant is ORDERED to pay the Plaintiff $4,630.29, payable to the Plaintiff's attorney,

Frederick J. Daley, Jr. at Daley Disability Law.

SO ORDERED on October 9, 2013.

                                               s/ Theresa L. Springmann
                                              THERESA L. SPRINGMANN
                                              UNITED STATES DISTRICT COURT
                                              FORT WAYNE DIVISION