UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WILLIAM P. LANDING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:11-cv-404-TLS-CAN |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## REPORT & RECOMMENDATION

On August 20, 2015, Plaintiff's counsel filed an unopposed petition for attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $9,128.25 indicating his willingness to refund Plaintiff $4,630.29 in previously awarded EAJA attorney fees. Because the amount of attorney fees is within the statutory limit and Defendant does not object, the undersigned **RECOMMENDS** that this Court **GRANT** Plaintiff's petition. [Doc. No. 39]. The undersigned **RECOMMENDS** that this Court **AWARD $9,128.25** for representation of Plaintiff before this Court payable to Plaintiff's counsel, Frederick J. Daley, Jr. The undersigned also **RECOMMENDS** that this Court **ORDER** Plaintiff's counsel to refund the EAJA fee of $4,630.29 to Plaintiff.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations. Fed.R.Civ.P. 72(b)(2). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 9th day of September, 2015.

S/Christopher A. Nuechterlein  
Christopher A. Nuechterlein  
United States Magistrate Judge
