# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| WILLIAM P. LANDING, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO.: 3:11-CV-404-TLS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on petitioner-attorney Frederick J. Daley, Jr.'s Unopposed Petition for Attorney's Fees Pursuant to § 206(b) of the Social Security Act, 42 U.S.C. § 406(b)(1) [ECF No. 39], filed on August 20, 2015. Attorney Daley requests to be awarded $9,128.25 for his efforts in securing benefits for his client retroactive to March 2007. Attorney Daley also states that he will refund the Equal Access to Justice Act fee of $4,630.29 to the Plaintiff. On September 9, 2015, Magistrate Judge Christopher A. Nuechterlein issued a Report and Recommendation [ECF No. 40] recommending that the Unopposed Petition [ECF No. 39] be granted.

The Court, being duly advised, and with more than fourteen days having passed without objection, ACCEPTS Magistrate Judge Christopher A. Nuechterlein's Recommendation [ECF No. 40] and GRANTS the Unopposed Petition for Attorney's Fees [ECF No. 39]. The Court ORDERS the Defendant to pay $9,128.25 in attorney's fees and costs, payable to Plaintiff's attorney, Frederick J. Daley, Jr. at the law office of Daley Disability Law. The Court further ORDERS that the Defendant ascertain whether the Plaintiff owes pre-existing debt to the United States that is subject to offset. *See Astrue v. Ratliff*, 560 U.S. 586, 596–98 (2010). If Plaintiff

owes pre-existing debt subject to offset, the Defendant is DIRECTED to instruct the U.S. Department of Treasury to pay the Plaintiff any amount remaining after offset, and to make any such payment payable to Plaintiff's attorney, Frederick J. Daley, Jr., at the law office of Daley Disability Law.

    SO ORDERED on October 26, 2015.

                                            s/ Theresa L. Springmann
                                            THERESA L. SPRINGMANN
                                            UNITED STATES DISTRICT COURT
                                            FORT WAYNE DIVISION